

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     J. A. B. v. C. N. B.

Appellate case number:   01-20-00723-CV

Trial court case number: 19-DCV-268152

Trial court:             328th District Court of Fort Bend County

     Appellant J.A.B. has filed a motion to strike the appellee's brief filed by appellee C.N.B. in the above-referenced appeal. Appellant's motion is **denied**.

     It is so ORDERED.

Judge's signature: /s Amparo Guerra
          Acting individually

Date: April 13, 2021